IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER: 7 |
| LATIN PRODUCTIONS, INC. | ) | CASE NO.: 20-05525 |
| | ) | JUDGE: WALKER |
|     Debtor & Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRIPLE Z PROPERTIES, LLC and | ) | |
| SAMAD ZANJANIPOUR | ) | |
| | ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |
| | ) | |

**MOTION FOR ORDER OF CONTEMPT AND SANCTIONS AGAINST RESPONDENT FOR VIOLATION OF THE AUTOMATIC STAY PROVISIONS OF SECTION 362(a)**

COMES the Debtor & Movant, ("Debtor"), through counsel, Lefkovitz and Lefkovitz, PLLC, and hereby moves for an Order holding Samad Zanjanipour and Triple Z Properties, LLC (hereinafter "Respondents"), in contempt of this Court for willful violation of the automatic stay provisions of Section 362(a). In support of this motion, the Debtor would state as follows:

1. This Motion for Contempt is governed by Fed. R. Bankr. P. 9020, which incorporates Fed. R. Bankr. P. 9014.

2. The Debtor initiated a Chapter 7 bankruptcy case by filing a Voluntary Petition for relief on December 23, 2020. (*see* 20-05525 Bankr. Docket No. 1).

3. The Voluntary Petition listed the Respondent on Schedule F, and notice was sent by this Court on December 31, 2020. (*see* 20-05525 Bankr. Docket No. 4).

4. On January 19, 2021, Respondent sent an email to Debtor's counsel acknowledging receipt of notice of the bankruptcy filing, while also threatening to collect a debt and proceed with legal action to control property of the estate without relief (*see* Exhibit A).

## ARGUMENT

5. The acts of Respondent regarding this matter constitute a wanton and willful violation of the provisions of the Bankruptcy Code.

6. The Respondent is willfully attempting to collect a debt in clear violation of the automatic stay provisions of 11 U.S.C. § 362(a).

7. The Debtor has suffered damages as a result of the Respondent's contempt, including, but not limited to, attorney's fees.

8. 11 U.S.C. § 362(k) provides that individuals injured by willful violations of the automatic stay shall recover actual damages, including costs and attorney's fees, and if appropriate, punitive damages.

**WHEREFORE**, based on the foregoing, Debtor prays for the following relief:

A. That the Court set a hearing on the Debtor's motion for contempt and sanctions;

B. That at the hearing, the Court finds the Respondent to have violated the automatic stay provisions of 11 U.S.C. § 362(a), and impose appropriate sanctions for damages, both actual and exemplary, and punitive damages if appropriate;

C. That the Court award reasonable attorney's fees in favor of Lefkovitz and Lefkovitz, PLLC, and against Respondent, for the necessity of bringing this action; and

D. Such other relief as the Court deems appropriate.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ, PLLC

**/S/ STEVEN L. LEFKOVITZ**

Steven L. Lefkovitz, No. 5953
Attorney for Debtors
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I certify that on this 19th day of January, 2021, I served a copy of the foregoing in the following manner:

*Email by Electronic Case Noticing to:*

Acting Asst. U.S. Trustee
Michael Gigandet, Chapter 7 Trustee

*U.S. Mail Certified – return receipt requested*

Samad Zanjanipour – Registered Agent
Triple Z Properties, LLC
2111 Nolensville Pike
Nashville, TN 37211

*U.S. Mail First Class*

The Debtor at 15128 Old Hickory Blvd, Nashville, TN 37211.

*/s/ Steven L. Lefkovitz*
Steven L. Lefkovitz

1 TOTAL USPS MAILINGS: $1.00
1 USPS CERTIFIED MAIL: $6.00